FRANK SIMS & STOLPER LLP
Andrew Stolper (Bar No. 205462)
astolper@lawfss.com
Scott H. Sims (Bar No. 234148)
ssims@lawfss.com
Newport Gateway
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone: 949.201.2400
Facsimile: 949.201.2405

Attorneys for Plaintiff
P&P IMPORTS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| P&P IMPORTS LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>PLAY PLATOON LLC, a Maryland Limited Liability Company; BRYAN MERCER, an individual also known as "Fulton"; ENURESIS ASSOCIATES LLC, a Maryland Limited Liability Company doing business as Waterproof Bedding, Protective Bedding Store, Bedwetting Store, Just Health Shops, Just Nebulizers, Just Kids Medical, Just Support Hose, Dry Defender, Dry-Me, Vinyl Bedding, Just Walkers, Just Home Medical, Just Oximeters, Just Scooters, Just Wound Care, Just Bedwetting Alarms, Just Bathroom Safety, National Incontinence, Fulton Illuminations, Ubiquitty, and DOES 1-100.<br><br>Defendants. | CASE NO.:<br><br>**COMPLAINT FOR:**<br><br>1. **FEDERAL UNFAIR COMPETITION (LANHAM ACT, 15 U.S.C. § 1125(A)**<br>2. **VIOLATIONS OF CALIFORNIA'S UNFAIR BUSINESS PRACTICES ACT (CAL. BUS. & PROF. CODE §17200 ET SEQ.)**<br>3. **TRADE LIBEL**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**